UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ALPHA VESSELCO, LLC, AS OWNER AND OPERATOR OF F/V TERREBONNE BAY, FOR THE EXONERATION OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 6:19-cv-01253 (Lead)<br>6:19-cv-01194 (Member)<br>6:20-cv-01301 (Member)<br>6:21-cv-00287 (Member)<br><br>JUDGE JUNEAU<br>MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, the motion to dismiss, which was filed by Alpha VesselCo, LLC (Rec. Doc. 63 in Civil Action No. 6:20-cv-01301), is construed as pertaining to all three claimants and is GRANTED IN PART and DENIED IN PART. More particularly, the motion is granted to the extent that the claim was asserted by Roland Bernard, III and Jarrian Baudoin, and denied to the extent the claim was asserted by Teria Baudoin.

Signed at Lafayette, Louisiana, this 27th day of April, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE